FILED
ENTERED
RECEIVED
COUNSEL/PARTIES OF RECORD
SERVED ON

SEP 2 4 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-458-GMN-(RJJ) |
| ) | |
| NARRIS BLOUNT, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On April 17, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(2)(A) and (a)(2)(B); Title 18, United States Code, Section 1029(a)(2) and (c)(2); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant Narris Blount to criminal offenses, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant Narris Blount pled guilty. Criminal Indictment, ECF No. 1; Plea Memorandum, EFC No. 65; Minutes of Change of Plea Proceedings, EFC No. 67; Preliminary Order of Forfeiture, ECF No. 69.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 24, 2012, through May 23, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 70.

1        This Court finds no petition was filed herein by or on behalf of any person or entity and the

2 time for filing such petitions and claims has expired.

3        This Court finds no petitions are pending with regard to the assets named herein and the time

4 for presenting such petitions has expired.

5        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,

9 Section 2461(c); Title 18, United States Code, Sections 982(a)(2)(A) and (a)(2)(B); Title 18, United

10 States Code, Section 1029(a)(2) and (c)(2); and Title 21, United States Code, Section 853(p) and shall

11 be disposed of according to law:

12           1.     an *in personam* criminal forfeiture money judgment of $413.00 in United States

13                 Currency;                                        *24,303.04*

14           2.     an *in personam* criminal forfeiture money judgment of $46,652.00 in United

15                 States Currency;

16           3.     a spiral bound notebook containing the credit card numbers and identifiers used

17                 to commit the fraud; and

18           4.     a Compaq Presario V5000 Laptop, serial number CND6290RGP.

19        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

20 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

21 any income derived as a result of the United States of America's management of any property forfeited

22 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

23        The Clerk is hereby directed to send copies of this Order to all counsel of record and three

24 certified copies to the United States Attorney's Office.

25        DATED this _____24_____ day of _SEPTEMBER_ 2012.

26

                                            _____
                                        UNITED STATES DISTRICT JUDGE