

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                    Plaintiff,              )<br>                                                            )<br>        v.                                             )         2:09-CR-458-GMN-(RJJ)<br>                                                            )<br>NARRIS BLOUNT,                          )<br>                                                            )<br>                    Defendant.          ) | |

### FINAL ORDER OF FORFEITURE

On April 17, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(2)(A) and (a)(2)(B); Title 18, United States Code, Section 1029(a)(2) and (c)(2); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant Narris Blount to criminal offenses, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant Narris Blount pled guilty. Criminal Indictment, ECF No. 1; Plea Memorandum, EFC No. 65; Minutes of Change of Plea Proceedings, EFC No. 67; Preliminary Order of Forfeiture, ECF No. 69.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 24, 2012, through May 23, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 70.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(2)(A) and (a)(2)(B); Title 18, United States Code, Section 1029(a)(2) and (c)(2); and Title 21, United States Code, Section 853(p) and shall be disposed of according to law:

1. an *in personam* criminal forfeiture money judgment of $413.00 in United States Currency;

2. an *in personam* criminal forfeiture money judgment of $46,652.00 [handwritten: $24,305.04] in United States Currency;

3. a spiral bound notebook containing the credit card numbers and identifiers used to commit the fraud; and

4. a Compaq Presario V5000 Laptop, serial number CND6290RGP.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___24___ day of ___SEPTEMBER___, 2012.

_____
UNITED STATES DISTRICT JUDGE

2